UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL J. WATANABE**

Civil Action No. 05-cv-02407-MJW-PAC (consolidated for all pretrial matters with
05-cv-02409-MJW-PAC)

NORTHWEST TERRITORY LIMITED PARTNERSHIP,
a Minnesota limited partnership,

      Plaintiff,

v.

OMNI PROPERTIES, INC., a Colorado corporation, et al.

      Defendants.
_____

Civil Action No. 05-cv-02409-MJW-PAC (consolidated for all pretrial matters with
05-cv-02407-MJW-PAC)

HEATHER APARTMENTS LIMITED PARTNERSHIP,
a Minnesota limited partnership,

      Plaintiff,

v.

OMNI PROPERTIES, INC., a Colorado corporation, et al.

      Defendants.
_____

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE
OF JENNIFER H. VOLD (DOCKET # 49)**
_____

      It is hereby ORDERED that the Unopposed Motion for Withdrawal of

Appearance of Jennifer H. Vold is GRANTED.

Jennifer H. Vold is hereby withdrawn as counsel of record for the Plaintiffs, Northwest Territory Limited Partnership and Heather Apartments Limited Partnership. John C. Haas of Pendleton, Friedberg, Wilson & Hennessey, P.C. shall continue to serve as counsel for Plaintiffs.

BY THE COURT:

S/Michael J. Watanabe   October 4, 2006
MICHAEL J. WATANABE
U. S. Magistrate Judge